# EXHIBIT I

ENT **56490:2014** PG 1 of 4
Jeffery Smith
Utah County Recorder
2014 Aug 13 09:17 AM FEE 18.00 BY EO
RECORDED FOR Anderson, McCoy & Orta
ELECTRONICALLY RECORDED

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

UBS REAL ESTATE SECURITIES INC., a Delaware corporation
(Assignor)

to

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT
OF THE HOLDERS OF COMM 2014-UBS4 MORTGAGE TRUST COMMERCIAL
MORTGAGE PASS-THROUGH CERTIFICATES
(Assignee)

Effective as of July 31, 2014

Parcel Number(s): 47-256-002, 003, and 004
County of Utah
State of Utah

DOCUMENT PREPARED BY AND WHEN RECORDED, RETURN TO:
ANDERSON, McCOY & ORTA, P.C.
100 North Broadway, Suite 2600
Oklahoma City, Oklahoma 73102
Telephone: 888-236-0007

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

As of the 31st day of July, 2014, UBS REAL ESTATE SECURITIES INC., a Delaware corporation, having an address at 1285 Avenue of the Americas, New York, NY 10019, ("Assignor"), as the holder of the instrument hereinafter described and for valuable consideration hereby endorses, assigns, sells, transfers and delivers to WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2014-UBS4 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, having an address at 1100 North Market Street, Wilmington, DE 19890, ("Assignee"), its successors, participants and assigns, without recourse or warranty, all right, title and interest of Assignor in and to that certain:

ASSIGNMENT OF LEASES AND RENTS made by NORTH POINTE BUILDINGS LLC, a Delaware limited liability company to Assignor dated as of June 27, 2014 and recorded on June 27, 2014, as Entry Number 44188:2014 in the Recorder's Office of Utah County, Utah (as the same has heretofore been amended, modified, restated, supplemented, renewed or extended), securing payment of note(s) of even date therewith, in the original principal amount of $36,500,000.00, and creating a first lien on the property described in Exhibit A attached hereto and by this reference made a part hereof.

Together with any and all notes and obligations therein described, the debt and claims secured thereby and all sums of money due and to become due thereon, with interest provided for therein, and hereby irrevocably appoints Assignee hereunder its attorney to collect and receive such debt, and to foreclose, enforce and satisfy the foregoing the same as it might or could have done were these presents not executed, but at the cost and expense of Assignee.

Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

This Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[SIGNATURE(S) ON THE FOLLOWING PAGE]

Reference No.: 1629.017
Matter Name: North Pointe Business Park
Pool: COMM 2014-UBS4

ENT56490:2014    PG 3 of 4

IN WITNESS WHEREOF, the Assignor has caused this instrument to be executed this 6TH day of August, 2014.

UBS REAL ESTATE SECURITIES INC., a Delaware corporation

By: _____
Name:  Racquel Small
Title:  Director

By: _____
Name:  Jackson Sastri
Title:  Director

STATE OF NEW YORK    §
                     §
COUNTY OF NEW YORK   §

On the 6th day of August, 2014 before me, undersigned, a Notary Public in and for said state, personally appeared Racquel Small, as a Director of UBS Real Estate Securities Inc., and Jackson Sastri as a Director of UBS Real Estate Securities Inc., personally known to me or proved to me on the basis of satisfactory evidence to be the persons whose name are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

WITNESS my hand and official seal.

XIN LIANG ZHU
Notary Public, State of New York
No. 02ZH6286321
Qualified in Kings County
Commission Expires July 22, 2017

Name of Notary Public _____

My Commission Expires: _____

Reference No.: 1629.017
Matter Name: North Pointe Business Park
Pool: COMM 2014-UBS4

ENT**56490:2014** PG 4 of 4

# EXHIBIT A

# LEGAL DESCRIPTION

Tax Parcel ID #'s: 47-256-002, 003, and 004

PARCEL 1:

All of Lot 3, Plat "A", North Pointe Business Park, American Fork, Utah, according to the official plat thereof filed July 6, 2006 as Entry No. 85317:2006, Map Filing No. 11737, in the office of the Utah County Recorder.

PARCEL 2:

All of Lot 4, Plat "A", North Pointe Business Park, American Fork, Utah, according to the official plat thereof filed July 6, 2006 as Entry No. 85317:2006, Map Filing No. 11737, in the office of the Utah County Recorder.

PARCEL 3:

All of Lot 2, Plat "E", North Pointe Business Park, American Fork, Utah, according to the official plat thereof filed July 2, 2013 as Entry No. 64091:2013, Map Filing No. 13941, in the office of the Utah County Recorder.

Reference No.: 1629.017
Matter Name: North Pointe Business Park
Pool: COMM 2014-UBS4

THIS DOCUMENT HAS BEEN ELECTRONICALLY RECORDED

# ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

UBS REAL ESTATE SECURITIES INC., a Delaware corporation
(Assignor)

to

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2014-UBS4 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES
(Assignee)

Effective as of July 31, 2014

Parcel Number(s): 47-256-002, 003, and 004
County of Utah
State of Utah

DOCUMENT PREPARED BY AND WHEN RECORDED, RETURN TO:
ANDERSON, McCOY & ORTA, P.C.
100 North Broadway, Suite 2600
Oklahoma City, Oklahoma 73102
Telephone: 888-236-0007

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

As of the 31st day of July, 2014, UBS REAL ESTATE SECURITIES INC., a Delaware corporation, having an address at 1285 Avenue of the Americas, New York, NY 10019, ("Assignor"), as the holder of the instrument hereinafter described and for valuable consideration hereby endorses, assigns, sells, transfers and delivers to WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2014-UBS4 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, having an address at 1100 North Market Street, Wilmington, DE 19890, ("Assignee"), its successors, participants and assigns, without recourse or warranty, all right, title and interest of Assignor in and to that certain:

ASSIGNMENT OF LEASES AND RENTS made by NORTH POINTE BUILDINGS LLC, a Delaware limited liability company to Assignor dated as of June 27, 2014 and recorded on June 27, 2014, as Entry Number 44188:2014 in the Recorder's Office of Utah County, Utah (as the same has heretofore been amended, modified, restated, supplemented, renewed or extended), securing payment of note(s) of even date therewith, in the original principal amount of $36,500,000.00, and creating a first lien on the property described in Exhibit A attached hereto and by this reference made a part hereof.

Together with any and all notes and obligations therein described, the debt and claims secured thereby and all sums of money due and to become due thereon, with interest provided for therein, and hereby irrevocably appoints Assignee hereunder its attorney to collect and receive such debt, and to foreclose, enforce and satisfy the foregoing the same as it might or could have done were these presents not executed, but at the cost and expense of Assignee.

Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

This Assignment shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[SIGNATURE(S) ON THE FOLLOWING PAGE]

Reference No.: 1629.017
Matter Name: North Pointe Business Park
Pool: COMM 2014-UBS4

IN WITNESS WHEREOF, the Assignor has caused this instrument to be executed this \_6th\_ day of August, 2014.

        UBS REAL ESTATE SECURITIES INC., a Delaware corporation

By: _____
Name:  Racquel Small
Title:   Director

By: _____
Name:  Jackson Sastri
Title:   Director

STATE OF NEW YORK      §
                                   §
COUNTY OF NEW YORK   §

On the \_6th\_ day of August, 2014 before me, undersigned, a Notary Public in and for said state, personally appeared Racquel Small, as a Director of UBS Real Estate Securities Inc., and _Jackson Sastri_ as a _Director_ of UBS Real Estate Securities Inc., personally known to me or proved to me on the basis of satisfactory evidence to be the persons whose name are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

        WITNESS my hand and official seal.

XIN LIANG ZHU
Notary Public, State of New York
No. 02ZH6286321
Qualified in Kings County
Commission Expires July 22, 2017

Name of Notary Public

My Commission Expires:

Reference No.: 1629.017
Matter Name: North Pointe Business Park
Pool: COMM 2014-UBS4

# EXHIBIT A

## LEGAL DESCRIPTION

Tax Parcel ID #'s: 47-256-002, 003, and 004

PARCEL 1:

All of Lot 3, Plat "A", North Pointe Business Park, American Fork, Utah, according to the official plat thereof filed July 6, 2006 as Entry No. 85317:2006, Map Filing No. 11737, in the office of the Utah County Recorder.

PARCEL 2:

All of Lot 4, Plat "A", North Pointe Business Park, American Fork, Utah, according to the official plat thereof filed July 6, 2006 as Entry No. 85317:2006, Map Filing No. 11737, in the office of the Utah County Recorder.

PARCEL 3:

All of Lot 2, Plat "E", North Pointe Business Park, American Fork, Utah, according to the official plat thereof filed July 2, 2013 as Entry No. 64091:2013, Map Filing No. 13941, in the office of the Utah County Recorder.

Reference No.: 1629.017
Matter Name: North Pointe Business Park
Pool: COMM 2014-UBS4