# EXHIBIT J

COURTESY RECORDING
No assurances are given by the company either
Express or implied for accuracy or content.

ENT **11726:2025** PG 1 of 4
ANDREA ALLEN
UTAH COUNTY RECORDER
2025 Feb 19 09:38 AM FEE 40.00 BY CS
RECORDED FOR Old Republic Title (Commerc
ELECTRONICALLY RECORDED

AFTER RECORDING RETURN TO:

BALLARD SPAHR LLP
201 South Main Street, Suite 800
Salt Lake City, UT 84111
Attn: Steven P. Mehr, Esq.

Tax Parcel No.: 47-313-002, 47-256-003, 47-256-004

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS OF COMM 2014-UBS4 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES** ("**Assignor**"), having a mailing address c/o LNR Partners, LLC, 2340 Collins Avenue, Suite 700, Miami Beach, Florida 33139, does hereby grant, bargain, sell, assign, deliver, convey, transfer and set over unto **COMM 2014-UBS4 SOUTH 820 EAST, LLC**, a Delaware limited liability company ("**Assignee**"), having a mailing address c/o LNR Partners, LLC, 2340 Collins Avenue, Suite 700, Miami Beach, Florida 33139, all of Assignor's right, title and interest in and to the assignment of leases and rents described below, as such instrument may from time to time have been amended, assumed, consolidated, modified and/or assigned:

> That certain Assignment of Leases and Rents, made as of June 27, 2014 (the "**Assignment of Leases**"), from North Pointe Buildings LLC, a Delaware limited liability company ("**Borrower**"), to UBS Real Estate Securities Inc., a Delaware corporation ("**Original Lender**"), recorded June 27, 2014, as Entry No. 44188:2014, in the Utah County Recorder's Office. The Assignment of Leases was assigned by Original Lender to Wilmington Trust, National Association, as Trustee for the benefit of the Holders of COMM 2014-UBS4 Mortgage Trust Commercial Mortgage Pass-Through Certificates, pursuant to that certain General Assignment and Assumption, dated August 6, 2014.

TOGETHER WITH all rights accrued or to accrue under the Assignment of Leases, any and all promissory note(s) referred to or described therein, the debt and claims secured thereby, and all sums of money due and to become due thereon, with interest as provided therein.

TO HAVE AND TO HOLD the same unto Assignee and to the successors and assigns of Assignee forever.

DMFIRM #414235024 v4

COURTESY RECORDING
No assurances are given by the company either
Express or implied for accuracy or content.

THIS DOCUMENT HAS BEEN RECORDED ELECTRONICALLY
ENTRY # 11720:2025  DATE 2.19.25

AFTER RECORDING RETURN TO:

BALLARD SPAHR LLP
201 South Main Street, Suite 800
Salt Lake City, UT 84111
Attn: Steven P. Mehr, Esq.

Tax Parcel No.: 47-313-002, 47-256-003, 47-256-004

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS OF COMM 2014-UBS4 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES** ("**Assignor**"), having a mailing address c/o LNR Partners, LLC, 2340 Collins Avenue, Suite 700, Miami Beach, Florida 33139, does hereby grant, bargain, sell, assign, deliver, convey, transfer and set over unto **COMM 2014-UBS4 SOUTH 820 EAST, LLC**, a Delaware limited liability company ("**Assignee**"), having a mailing address c/o LNR Partners, LLC, 2340 Collins Avenue, Suite 700, Miami Beach, Florida 33139, all of Assignor's right, title and interest in and to the assignment of leases and rents described below, as such instrument may from time to time have been amended, assumed, consolidated, modified and/or assigned:

> That certain Assignment of Leases and Rents, made as of June 27, 2014 (the "**Assignment of Leases**"), from North Pointe Buildings LLC, a Delaware limited liability company ("**Borrower**"), to UBS Real Estate Securities Inc., a Delaware corporation ("**Original Lender**"), recorded June 27, 2014, as Entry No. 44188:2014, in the Utah County Recorder's Office. The Assignment of Leases was assigned by Original Lender to Wilmington Trust, National Association, as Trustee for the benefit of the Holders of COMM 2014-UBS4 Mortgage Trust Commercial Mortgage Pass-Through Certificates, pursuant to that certain General Assignment and Assumption, dated August 6, 2014.

TOGETHER WITH all rights accrued or to accrue under the Assignment of Leases, any and all promissory note(s) referred to or described therein, the debt and claims secured thereby, and all sums of money due and to become due thereon, with interest as provided therein.

TO HAVE AND TO HOLD the same unto Assignee and to the successors and assigns of Assignee forever.

DMFIRM #414235024 v4

THIS ASSIGNMENT IS MADE WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.

IN WITNESS WHEREOF, this Assignment has been duly executed on behalf of Assignor as of the 12th day of February, 2025.

**ASSIGNOR:**

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS COMM 2014-UBS4 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES

By: LNR Partners, LLC, a Florida limited liability company, its Attorney-in-Fact under that certain Limited Power of Attorney dated October 18, 2022

By: _____
Name: Brett Mann
Title: Vice President

STATE OF FLORIDA        )
                        ) SS:
COUNTY OF MIAMI-DADE    )

The foregoing instrument was acknowledged before me, by means of ☑ physical presence or ☐ online notarization, this 12th day of February, 2025, by **Brett Mann**, a **Vice President** of LNR Partners, LLC, a Florida limited liability company, on behalf of the said limited liability company, as Attorney-in-Fact on behalf of Wilmington Trust, National Association, as Trustee, For The Benefit of the Holders of COMM 2014-UBS4 Mortgage Trust Commercial Mortgage Pass-Through Certificates. Said individual is personally known to me.

Notary Public, State of Florida
Print Name: **Patricia Mosquera**
My Commission Expires: 09-15-2027

PATRICIA MOSQUERA
Notary Public - State of Florida
Commission # HH 430434
My Comm. Expires Sep 15, 2027
Bonded through National Notary Assn.

[AFFIX NOTARY STAMP ABOVE]

**I hereby certify that the address of the Assignee is**:

c/o LNR Partners, LLC
2340 Collins Avenue, Suite 700
Miami Beach, Florida 33139

Print Name: **Patricia Mosquera**

## **EXHIBIT A**

(Legal Description of Property)

The following described real property located in Utah County, Utah:

Parcel 1:

All of Lot 3, Plat "A", North Pointe Business Park, American Fork, Utah, according to the official plat thereof filed July 6, 2006 as Entry No. 85317:2006, Map Filing No. 11737, in the office of the Utah County Recorder.

Parcel 2:

All of Lot 4, Plat "A", North Pointe Business Park, American Fork, Utah, according to the official plat thereof filed July 6, 2006 as Entry No. 85317:2006, Map Filing No. 11737, in the office of the Utah County Recorder.

Parcel 3:

All of Lot 2, Plat "E", North Pointe Business Park, American Fork, Utah, according to the official plat thereof filed July 2, 2013 as Entry No. 64091:2013, Map Filing No. 13941, in the office of the Utah County Recorder.