# EXHIBIT K

## GENERAL ASSIGNMENT AND ASSUMPTION

KNOW THAT **UBS REAL ESTATE SECURITIES INC.**, a Delaware corporation, having an address at 1285 Avenue of the Americas, New York, New York 10019, ("**Assignor**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby grants, sells, transfers, delivers, sets-over and conveys to _(See Exhibit B)_, a _____, having an address at _(See Exhibit B)_ ("**Assignee**"), all right, title and interest of Assignor in, to and under, or arising out of that certain mortgage loan in the original principal amount of **THIRTY-SIX MILLION FIVE HUNDRED THOUSAND and NO/100 DOLLARS ($35,500,000.00)** (the "**Loan**"), which Loan is evidenced, secured by and more particularly described in those documents set forth in <u>Exhibit A</u> attached hereto and made a part hereof (collectively, the "**Loan Documents**"), TOGETHER WITH all right, title and interest of Assignor in, to and under or arising out of:

(a) the Loan Documents;

(b) all guaranties, insurance policies, indemnifications, releases, affidavits, certificates, title insurance policies, certificates of deposit, performance bonds, letters of credit and other documents, reports, opinions, agreements, and instruments executed and/or delivered in connection with the Loan;

(c) all assignments and/or pledges, whether direct or collateral, of leases, rents, beneficial or equitable interests, proceeds, royalties, contracts, plans, specifications, permits, licenses, reserves, holdbacks, escrows, stocks, bonds and securities made to Assignor in connection with the Loan and other such assignments of collateral, whether direct or collateral, made to Assignor in connection with the Loan;

(d) all modifications, amendments, consolidations, renewals, extensions or restatements of any of the foregoing; and

(e) all demands, claims, causes of action and judgments relating to any of the foregoing and all rights accrued or to accrue thereunder.

Assignee hereby accepts the foregoing assignment and assumes all of the rights and obligations of Assignor arising after the date hereof out of the Loan, the Loan Documents and other interests so assigned.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever.

It is expressly understood that, except as expressly set forth herein, this Assignment is made by Assignor and assumed and accepted by Assignee without any guarantee,

{00877596;1}

representation or warranty of any kind on the part of Assignor and without recourse to Assignor in any event or for any cause. Assignor hereby warrants and represents to Assignee that:

    (a)    Prior to the execution hereof, Assignor has not sold, transferred, assigned, conveyed, pledged or endorsed any right, title or interest in the Loan Documents to any person or entity other than Assignee; and

    (b)    Assignor has full right and power to sell and assign the same to Assignee subject to no interest or participation of, or agreement with, any party other than Assignee.

This Assignment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

Whenever the context so requires in this Assignment, all words used in the singular shall be construed to have been used in the plural (and vice versa), each gender shall be construed to include any other genders, and the word "person" shall be construed to include a natural person, a corporation, a firm, a partnership, a joint venture, a trust, an estate or any other entity.

Each provision of this Assignment shall be valid and enforceable to the fullest extent permitted by law. If any provision of this Assignment or the application of such provision to any person or circumstance shall, to any extent, be invalid or unenforceable, then the remainder of this Assignment, or the application of such provision to persons or circumstances other than those as to which it is held invalid or unenforceable, shall not be affected by such invalidity or unenforceability.

Assignor hereby agrees to execute such other assignments, instruments and other documents as Assignee may reasonably request in confirmation of, and/or in furtherance of, the assignment made hereunder.

THIS ASSIGNMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE INTERNAL LAWS OF THE STATE OF NEW YORK.

**[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

IN WITNESS WHEREOF, Assignor has duly executed this Assignment as of the 6th day of ~~June~~ Aug., 2014.

          **UBS REAL ESTATE SECURITIES INC.**, a
          Delaware corporation

By: _____
Name: Brian La Belle
Title: Director

By: _____
Name:
Title:   **David Schell**
        Executive Director

{00877596;1}

## ACKNOWLEDGMENT

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

On the 12 day of June in the year 2014, before me, the undersigned, a notary public in and for said State, personally appeared Brian LaBelle, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

XIN LIANG ZHU
Notary Public, State of New York
No. 02ZH6286321
Qualified in Kings County
Commission Expires July 22, 2017


STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

On the 12 day of June in the year 2014, before me, the undersigned, a notary public in and for said State, personally appeared David Schell, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

XIN LIANG ZHU
Notary Public, State of New York
No. 02ZH6286321
Qualified in Kings County
Commission Expires July 22, 2017

{00877585;2}

## EXHIBIT A

## DESCRIPTION OF LOAN DOCUMENTS

Loan Documents (All documents dated as of June 27, 2014 unless otherwise indicated):

1. Loan Agreement between **NORTH POINTE BUILDINGS LLC**, a Delaware limited liability company and Lender;

2. Promissory Note;

3. Deed of Trust and Security Agreement;

4. Assignment of Leases and Rents;

5. Guaranty of Recourse Obligations;

6. Environmental Indemnity Agreement;

7. Cash Management Agreement;

8. Deposit Account Control Agreement Soft Lockbox;

9. Assignment of Management Agreement and Subordination of Management Fees;

10. UCC-1 Financing Statements (Utah County, Utah and Secretary of State of Delaware;

11. Borrower's Certification;

12. W-9;

13. Escrow Agreement; and

14. Post Closing Letter.

{00877596;1}

## EXHIBIT B TO GENERAL ASSIGNMENT AND ASSUMPTION

Wilmington Trust, National Association, as Trustee, for the benefit of the Holders of COMM 2014-UBS4 Mortgage Trust Commercial Mortgage Pass-Through Certificates, having an address at 1100 North Market Street, Wilmington, DE 19890