# EXHIBIT L

## OMNIBUS ASSIGNMENT OF LOAN DOCUMENTS

**WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS OF COMM 2014-UBS4 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES** ("**Assignor**"), having a mailing address c/o LNR Partners, LLC, 2340 Collins Avenue, Suite 700, Miami Beach, Florida 33139, is the current owner and holder of that certain loan made as of June 27, 2014 (the "**Loan**"), in the original principal amount of Thirty-Six Million Five Hundred Thousand and 00/100 Dollars ($36,500,000.00) (the "**Original Loan Amount**"), by UBS Real Estate Securities Inc., a Delaware corporation ("**Original Lender**") to North Pointe Buildings LLC, a Delaware limited liability company ("**Borrower**"). The Loan is evidenced by a Promissory Note, dated June 27, 2014, executed by Borrower and payable to the order of Original Lender, in the Original Loan Amount (as the same may from time to time have been amended, consolidated, renewed, replaced and/or endorsed, the "**Note**"), and secured by a Deed of Trust, Security Agreement and Fixture Filing, made as of June 27, 2014, by Borrower to Original Lender (the "**Deed of Trust**"), and by other documents and instruments that evidence and secure the Loan (the Note, the Deed of Trust and such other documents and instruments evidencing and securing the Loan, as the same may from time to time be amended, consolidated, renewed or replaced, including, without limitation, the documents and instruments described on **Exhibit A** attached hereto and incorporated herein by reference, being collectively referred to herein as the "**Loan Documents**").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby grant, bargain, sell, assign, deliver, convey, transfer and set over unto **COMM 2014-UBS4 SOUTH 820 EAST, LLC,** a Delaware limited liability company ("**Assignee**"), having a mailing address c/o LNR Partners, LLC, 2340 Collins Avenue, Suite 700, Miami Beach, Florida 33139, all of Assignor's right, title and interest in and to the Loan and obligations with respect to the Loan, together with all rights, remedies, collateral, instruments or other documents made or granted in favor of Assignor or its predecessors in interest in connection with the Loan, including, without limitation: (i) all right, title and interest in and to the Note; (ii) all guaranties, pledges, security interests, mortgages, deeds of trust, or other rights, interests, or other collateral securing or guaranteeing repayment of the Loan, including, without limitation, the Loan Documents; and (iii) all other rights, remedies and obligations of Assignor in connection with the Loan, whether provided by contract or otherwise available under applicable law or in equity, including, without limitation, all rights and remedies provided, and obligations arising, under any loan agreements, indemnities or other instruments or documents made, issued or delivered to or in favor of Assignor or its predecessors in interest in connection with the Loan, all as the same may have been amended from time to time, but specifically excluding from all of the foregoing the "**Retained Rights**" (as such term is defined below).

This assignment is an agreement between the parties hereto and no other party shall be deemed to be a third party beneficiary hereof.

"**Retained Rights**" shall mean those rights provided to Assignor under indemnification provisions or agreements or other terms and conditions of the Loan Documents and collateral property pertaining to the Loan (including, without limitation, environmental indemnification provisions or agreements and insurance policies), or arising from Assignor's reliance upon a representation, warranty or other statement contained within any of the Loan Documents and other collateral property pertaining to the Loan (including, without limitation, affidavits, certifications, environmental reports and opinions of counsel), which are available to be exercised by Assignor as a prior holder of such Loan. Assignor's retention of the Retained Rights shall not be to the exclusion of any rights of Assignee under such provisions or agreements to the extent that such provisions or agreements or terms or conditions are exercisable by Assignee as the assignee of such Loan.

To have and to hold the same unto Assignee and to the successors and assigns of Assignee forever.

**THIS ASSIGNMENT IS MADE WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.**

*[END OF TEXT – SIGNATURE PAGE FOLLOWS]*

IN WITNESS WHEREOF, this Omnibus Assignment of Loan Documents has been duly executed on behalf of Assignor as of the ____ day of February, 2025.

**ASSIGNOR:**

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS COMM 2014-UBS4 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES

By: LNR Partners, LLC, a Florida limited liability company, its Attorney-in-Fact under that certain Limited Power of Attorney dated October 18, 2022

By: *[signature]*
Name: Brett Mann
Title: Vice President

# EXHIBIT A

## SCHEDULE OF LOAN DOCUMENTS

Loan Documents (all documents dated as of June 27, 2014, unless otherwise indicated):

| | |
|---|---|
| 1. | Loan Agreement, executed by Borrower and Original Lender |
| 2. | Promissory Note, executed by Borrower and payable to the order of Original Lender, in the Original Loan Amount |
| 3. | Deed of Trust, Security Agreement and Fixture Filing, by Borrower to Original Lender |
| 4. | Assignment of Leases and Rents, from Borrower to Original Lender |
| 5. | Guaranty of Recourse Obligations, executed by Mark H. Robinson, Michael N. Robinson, Keith W. Casey, and Kevin L. Casey, for the benefit of Original Lender |
| 6. | Environmental Indemnity Agreement, executed by Borrower, Mark H. Robinson, Michael N. Robinson, Keith W. Casey, and Kevin Casey, and Original Lender |
| 7. | Cash Management Agreement by and among Borrower, Original Lender, Wells Fargo Bank, N.A., and Rocky Mountain Development, LLC |
| 8. | Deposit Account Control Agreement Soft Lockbox |
| 9. | Assignment of Management Agreement and Subordination of Management Fees |
| 10. | UCC-1 Financing Statement made by Borrower in favor of Original Lender |
| 11. | Borrower's Certification |
| 12. | W-9 |
| 13. | Escrow Agreement |
| 14. | Post Closing Letter |