# EXHIBIT M

| | |
|---|---|
| **From:** | Ortmeyer, Tracy |
| **To:** | Tammy Young |
| **Subject:** | RE: xxx294008 North Pointe Buildings LLC |
| **Date:** | Wednesday, May 3, 2023 11:14:48 AM |

Tammy,

Thank you for your prompt response. Please be advised, a Major Tenant Trigger Event has occurred due to Fidelity not renewing its Lease. This impacts the waterfall allocations, and all Excess should now go into the Rollover Reserve. Let me know if you have any questions.

**From:** Tammy Young <tammy@robinson-brothers.com>
**Sent:** Wednesday, May 3, 2023 10:59 AM
**To:** Ortmeyer, Tracy <tracy.ortmeyer@midlandls.com>
**Subject:** EXTERNAL: RE: xxx294008 North Pointe Buildings LLC

> **\*\* This email has been received from outside the organization – Think before clicking on links, opening attachments, or responding. \*\***

Good Morning Tracy,

We just heard from Fidelity last week. They will not be renewing the lease. Let me know if you have any other questions.

Thank You,



**Tammy Young**
*Office Manager*
427 W 11950 S Ste 200 / Draper, UT 84020
**Office:** (801)571-6000 **Fax:** (801)571-4030

**From:** Ortmeyer, Tracy <tracy.ortmeyer@midlandls.com>
**Sent:** Wednesday, May 3, 2023 8:32 AM
**To:** Mark Robinson <mark@robinson-brothers.com>
**Cc:** Tammy Young <tammy@robinson-brothers.com>
**Subject:** xxx294008 North Pointe Buildings LLC
**Importance:** High

Good morning,

Can you tell me if the Fidelity Lease has been renewed? According to the loan documents, the lease