# EXHIBIT P



**DuaneMorris®**

*FIRM and AFFILIATE OFFICES*

ELINOR H. MURAROVA
DIRECT DIAL: +1 312 499 6734
PERSONAL FAX: +1 312 277 2389
E-MAIL: EHart@duanemorris.com

*www.duanemorris.com*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

October 22, 2025

**VIA FEDEX**

North Pointe Buildings, LLC
12659 South 125 East, Suite B
Draper, Utah 84020
Attention: Mark Robinson

Keith W. Casey
12045 S. Genova Hills Drive
Draper, Utah 84020

North Pointe Buildings, LLC
427 West 11950 South Ste 200
Draper, Utah 84020

Kevin L. Casey
13617 Carolina Hill Court
Draper, Utah 84020

Mark H. Robinson
1132 East Cabot Cove
Draper, Utah 84020

Michael N. Robinson
12979 South Cindy Lane
Draper, Utah 84020

Re:     **DEMAND FOR PAYMENT OF BORROWER RECOURSE LIABILITIES.**
        Loan ("Loan") made to NORTH POINTE BUILDINGS LLC ("Borrower"),
        evidenced by a note in the original principal amount of $36,500,000.00, dated June
        27, 2014 ("Note"), now held by COMM 2014-UBS4 SOUTH 820 EAST, LLC
        ("Lender") and specially serviced by LNR Partners, LLC ("Special Servicer")
        (collectively, "Lender Parties"), and secured by the mortgage/deed of trust
        ("Mortgage"), previously encumbering real property known as North Pointe
        Business Park, located at 1261 South 820 East, 825 East 1180 South, 1220 South
        630 East, American Fork, UT 84003 ("Property"), and certain other documents
        including but not limited to a guaranty contract ("Guaranty") executed by Mark H.
        Robinson, Michael N. Robinson, Keith W. Casey and Kevin L. Casey
        ("Guarantors") (collectively, the "Loan Documents"), Loan No. M30294008

Dear Borrower and Guarantors:

        This law firm represents the Lender Parties with respect to the above-referenced Loan and
Loan Documents. As addressed more fully below, Lender demands payment of Borrower

Mark Robinson
Michael Robinson
Keith Casey
Kevin Casey
October 22, 2025

Page 2

Recourse Liabilities. Capitalized terms used herein that are not otherwise defined shall have the meanings given to them under the Loan Documents.

As you know, Guarantors irrevocably and unconditionally guaranteed to Lender the "payment and performance of the Guaranteed Obligations." (Guaranty § 1.1(a).) The Guaranteed Obligations include, among other things, "Borrower's Recourse Liabilities." (Guaranty § 1.1(b).) Borrower is also responsible for repaying the Borrower's Recourse Liabilities. (Loan Agmt. § 11.22.)

The Loan Agreement provides in relevant part that "Borrower's Recourse Obligations" include Losses suffered by Lender due to at least the following:

"(v) the misappropriation, misapplication or conversion by Borrower of . . . . (C) any Rents . . ."

"(xvii) if Borrower, Guarantor or any Affiliate of Borrower or Guarantor contests, impedes, delays or opposes the exercise by Lender of any enforcement actions, remedies or other rights it has under or in connection with this Agreement or the other Loan Documents or objects to any notice of strict foreclosure or similar notice; provided that neither Borrower nor Guarantor shall be liable to the extent of any applicable loss, damage, cost, expense, liability, claim or other obligation arising solely from a defense of Borrower, Guarantor or any Affiliate of Borrower or Guarantor raised in good faith"

(Loan Agmt. § 11.22.)

Here, at least two separate Borrower Recourse Liabilities exist.

First, a Major Tenant Trigger Event occurred when Fidelity Real Estate Company Inc. ("Fidelity") failed to renew its lease on or before April 30, 2023. Fidelity's failure to renew its lease constituted both a "Major Tenant Trigger Event" and a "Cash Sweep Event." As a result, all Excess Cash Flow was due and owing to Lender following the Major Tenant Trigger Event/Cash Sweep Event. (*See* Loan Agmt. § 1.1; § 2.7.2(b)(xi); § 6.10.1.) Borrower, however, retained the Excess Cash Flow to which Lender was unequivocally entitled. Based on figures currently available to Lender, Lender estimates that at least $1,269,654.80 in Excess Cash Flow accrued after April 30, 2023, all of which Borrower improperly retained in violation of the Loan Agreement. Borrower's retention of Excess Cash Flow therefore constitutes "misappropriation, misapplication, and/or conversion by Borrower of . . . any Rents." *See id*. § 11.22(v). That misappropriation, misapplication, and/or conversion is also a Borrower's Recourse Liability, thereby triggering Borrower's and Guarantors' liability to repay the same.

Mark Robinson
Michael Robinson
Keith Casey
Kevin Casey
October 22, 2025

Page 3


Second, Borrower contested, impeded, delayed, and/or opposed the exercise by Lender of enforcement actions, remedies, or other rights Lender has under or in connection with the Loan Documents. Borrower's interference included, among other things (i) filing a motion to dismiss Lender's receivership action (the "Enforcement Action"); (ii) raising numerous defenses in opposition to the Enforcement Action; (iii) seeking an order temporarily and permanently enjoining Lender from non-judicially foreclosing on the Property; and (iv) delaying the Enforcement Action by moving to transfer venue. Lender incurred over $150,000.00 in attorneys' fees and costs defending against Borrower's failed efforts to contest, impede, delay, and/or oppose the Enforcement Action. Borrower and Guarantors are now liable for those and any other interference-related attorneys' fees and costs, all of which are a Borrower Recourse Liability.

Lender therefore demands the immediate payment by Borrower and/or Guarantors of all Borrower Recourse Liabilities, currently totaling at least $1,419,654.80. (an amount which Lender reserves the right to amend and/or revise as appropriate based on the discovery or analysis of additional facts, documents, etc.) Lender further demands the payment of all of its out-of-pocket costs, fees (including attorneys' fees) and expenses incurred in the recovery of the Borrower Recourse Liabilities.

Neither this letter, nor any discussions by any of the Lender Parties with Borrower, Guarantors or their representatives, constitutes (a) a waiver by any of the Lender Parties of any default by Borrower or Guarantors under the Loan Documents, whether or not referred to in this or any prior notice of default, (b) an election of remedies by any of the Lender Parties, which reserve all rights and remedies under applicable law and the Loan Documents, (c) a waiver, modification, relinquishment or forbearance by any of the Lender Parties of any right or remedy under the Loan Documents or applicable law, all of which are reserved by the Lender Parties, (d) a modification of any of the Loan Documents, or (e) an agreement by any of the Lender Parties to take other action in addition or similar to the action specified herein or to continue discussions with Borrower or Guarantors. This letter is not intended to be an exhaustive list of all defaults that may exist under the Loan Documents, and nothing herein shall be deemed a waiver of any other default, whether now existing or hereunder arising. Lender expressly reserves all rights and remedies available to it at law, in equity or under the Loan Documents.

No modification of the Loan Documents and no other agreement or understanding of any nature shall be deemed to have been entered into by or be binding on any of the Lender Parties unless and until Lender, Borrower and Guarantors have reached agreement on all issues, and such entire agreement shall have been reduced to a written document that expressly states that it modifies the Loan Documents and is duly executed by Lender, Borrower and Guarantors. Oral agreements, e-mails, memoranda of meetings, summaries of proposed terms, or similar items shall have no effect whatsoever and shall not be binding on any of the Lender Parties.

Mark Robinson
Michael Robinson
Keith Casey
Kevin Casey
October 22, 2025

Page 4

Very truly yours,

Elinor H. Murarova

EHM

cc:     Van Cott
        36 South State Street, Suite 1900
        Salt Lake City, Utah 84111
        Attention: Clark K. Taylor, Esq.

        Churchill Commercial Capital, Inc.
        4835 E. Cactus Road, Suite 435
        Scottsdale, Arizona 85254
        Attention: Cynthia A. Hammond

        O'Halloran Ryan PLLC
        275 Madison Avenue, 36th Floor
        New York, New York 10016
        Attention: Neil O'Halloran

**ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR ANY DEBTOR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY OR WHO MAY HAVE PAID OR SETTLED, OR OTHERWISE NOT BE OBLIGATED UNDER, THE LOAN**: Please be advised that this letter constitutes neither a demand for payment of the Loan nor a notice of personal liability to nor action against any recipient hereof who might have received a discharge of the Loan in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code, or who has paid or settled or is otherwise not obligated by law for the Loan.



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

 

*package id*
0927374
*ship date*
Wed, Oct 22 2025
*to*
North Pointe Buildings, LLC
12659 South 125th East,
Suite B
Attn: Mark Robinson
Draper, UT  84020
United States
999.999.9999
*residential address*
No
*return label*
No
*notification type*
Delivery
*notification recipients*
EHart@duanemorris.com
jjohnson3@duanemorri...

*from*
Elinor  Murarova  (8694)
Duane Morris LLP
190 S. LaSalle Street
Chicago, IL  60603
US
+1 312 499 6734
*billing*
LNR PARTNERS, LLC -
...TTERS-NORTH
POINTE BLDG (MEZZ)
(R1940-01495)
*operator*
Jackie  Johnson
312.499.0150
jjohnson3@duanemorris.com
*create time*
10/22/25, 1:04PM

*vendor*
FedEx
*tracking number*
394536246482
*service*
FedEx Standard
Overnight®
*packaging*
FedEx® Envelope
*courtesy quote*
21.57 USD

*Quote may not reflect all*
*accessorial charges*

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

FOLD on this line and place in shipping pouch with bar code and delivery address visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.



ORIGIN ID:CHIA    (312) 469-6700
ELINOR MURAROVA
DUANE MORRIS LLP
190 S. LASALLE STREET

CHICAGO, IL 60603
UNITED STATES US

TO NORTH POINTE BUILDINGS, LLC
427 WEST 11950 SOUTH
SUITE 200
DRAPER UT 84020
(999) 999-9999
INV:
PO:
DEPT:

REF: R19401455

SHIP DATE: 22OCT25
ACTWGT: 0.50 LB
CAD: 29378531/WSXJ3600

BILL SENDER

58HL/4008C459/F2

FedEx Express

THU - 23 OCT 5:00P
STANDARD OVERNIGHT

84020
SLC

UT-US

XA SLCA

TRK# 3945 3637 3099
0201

 

*package id*
0927377
*ship date*
Wed, Oct 22 2025
*to*
North Pointe Buildings, LLC
427 West 11950 South
Suite 200
Draper, UT  84020
United States
999.999.9999
*residential address*
No
*return label*
No
*notification type*
Delivery
*notification recipients*
EHart@duanemorris.com
jjohnson3@duanemorri...

*from*
Elinor  Murarova  (8694)
Duane Morris LLP
190 S. LaSalle Street
Chicago, IL  60603
US
+1 312 499 6734
*billing*
LNR PARTNERS, LLC -
...TTERS-NORTH
POINTE BLDG (MEZZ)
(R1940-01495)
*operator*
Jackie   Johnson
312.499.0150
jjohnson3@duanemorris.com
*create time*
10/22/25, 1:06PM

*vendor*
FedEx
*tracking number*
394536373099
*service*
FedEx Standard
Overnight®
*packaging*
FedEx® Envelope
*courtesy quote*
21.57 USD

*Quote may not reflect all
accessorial charges*



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

 

*package id*
  0927379
*ship date*
  Wed, Oct 22 2025
*to*
  Mark H.  Robinson
  1132 East Cabot Cove
  Draper, UT  84020
  United States
  999.999.9999
*residential address*
  No
*return label*
  No
*notification type*
  Delivery
*notification recipients*
  EHart@duanemorris.com
  jjohnson3@duanemorri...

*from*
  Elinor  Murarova  (8694)
  Duane Morris LLP
  190 S. LaSalle Street
  Chicago, IL  60603
  US
  +1 312 499 6734
*billing*
  LNR PARTNERS, LLC -
    ...TTERS-NORTH
    POINTE BLDG (MEZZ)
  (R1940-01495)
*operator*
  Jackie  Johnson
  312.499.0150
  jjohnson3@duanemorris.com
*create time*
  10/22/25, 1:07PM

*vendor*
  FedEx
*tracking number*
  394536456169
*service*
  FedEx Standard
    Overnight®
*packaging*
  FedEx® Envelope
*courtesy quote*
  21.57 USD

*Quote may not reflect all
accessorial charges*



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion
   of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and
   conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

 

*package id*
0927381
*ship date*
Wed, Oct 22 2025
*to*
Keith W.  Casey
12045 S. Genova Hills
Drive
Draper, UT  84020
United States
999.999.9999
*residential address*
No
*return label*
No
*notification type*
Delivery
*notification recipients*
EHart@duanemorris.com
jjohnson3@duanemorri...

*from*
Elinor  Murarova  (8694)
Duane Morris LLP
190 S. LaSalle Street
Chicago, IL  60603
US
+1 312 499 6734
*billing*
LNR PARTNERS, LLC -
...TTERS-NORTH
POINTE BLDG (MEZZ)
(R1940-01495)
*operator*
Jackie  Johnson
312.499.0150
jjohnson3@duanemorris.com
*create time*
10/22/25, 1:09PM

*vendor*
FedEx
*tracking number*
394536525276
*service*
FedEx Standard
Overnight®
*packaging*
FedEx® Envelope
*courtesy quote*
21.57 USD

*Quote may not reflect all
accessorial charges*



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

 

*package id*
0927383
*ship date*
Wed, Oct 22 2025
*to*
Kevin L.  Casey
13617 S CAROLINA HILL
CT
DRAPER, UT  84020-7725
United States
999.999.9999
*residential address*
No
*return label*
No
*notification type*
Delivery
*notification recipients*
EHart@duanemorris.com
jjohnson3@duanemorri...

*from*
Elinor Murarova  (8694)
Duane Morris LLP
190 S. LaSalle Street
Chicago, IL  60603
US
+1 312 499 6734
*billing*
LNR PARTNERS, LLC -
...TTERS-NORTH
POINTE BLDG (MEZZ)
(R1940-01495)
*operator*
Jackie  Johnson
312.499.0150
jjohnson3@duanemorris.com
*create time*
10/22/25, 1:10PM

*vendor*
FedEx
*tracking number*
394536618141
*service*
FedEx Standard
Overnight®
*packaging*
FedEx® Envelope
*courtesy quote*
21.57 USD

*Quote may not reflect all
accessory charges*



**FOLD** on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

 

*package id*
  0927386
*ship date*
  Wed, Oct 22 2025
*to*
  Michael N.  Robinson
  12979 S CINDY LN
  DRAPER, UT  84020-8505
  United States
  999.999.9999
*residential address*
  No
*return label*
  No
*notification type*
  Delivery
*notification recipients*
  EHart@duanemorris.com
  jjohnson3@duanemorri...

*from*
  Elinor  Murarova  (8694)
  Duane Morris LLP
  190 S. LaSalle Street
  Chicago, IL  60603
  US
  +1 312 499 6734
*billing*
  LNR PARTNERS, LLC -
  ...TTERS-NORTH
  POINTE BLDG (MEZZ)
  (R1940-01495)
*operator*
  Jackie  Johnson
  312.499.0150
  jjohnson3@duanemorris.com
*create time*
  10/22/25, 1:11PM

*vendor*
  FedEx
*tracking number*
  394536693136
*service*
  FedEx Standard
    Overnight®
*packaging*
  FedEx® Envelope
*courtesy quote*
  21.57 USD

*Quote may not reflect all
accessory charges*



- - - - - - - - - - - - - - - - - - - - - - - - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

 

*package id*
  0927388
*ship date*
  Wed, Oct 22 2025
*to*
  Van  Cott
  Attn: Clark K. Taylor, Esq.
  36 S STATE ST STE 1900
  SALT LAKE CITY, UT
    84111-1478
  United States
  999.999.9999
*residential address*
  No
*return label*
  No
*notification type*
  Delivery
*notification recipients*
  EHart@duanemorris.com
  jjohnson3@duanemorri...

*from*
  Elinor Murarova  (8694)
  Duane Morris LLP
  190 S. LaSalle Street
  Chicago, IL  60603
  US
  +1 312 499 6734
*billing*
  LNR PARTNERS, LLC -
  ...TTERS-NORTH
  POINTE BLDG (MEZZ)
  (R1940-01495)
*operator*
  Jackie  Johnson
  312.499.0150
  jjohnson3@duanemorris.com
*create time*
  10/22/25, 1:14PM

*vendor*
  FedEx
*tracking number*
  394536819717
*service*
  FedEx Standard
    Overnight®
*packaging*
  FedEx® Envelope
*courtesy quote*
  21.57 USD

*Quote may not reflect all
accessorial charges*



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FOLD** on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

 

*package id*
0927390
*ship date*
Wed, Oct 22 2025
*to*
Churchill Commercial
Capital, Inc.
Attn: Cynthia A. Hammond
4835 E. Cactus Road
Suite 435
Scottsdale, AZ  85254
United States
999.999.9999
*residential address*
No
*return label*
No
*notification type*
Delivery
*notification recipients*
EHart@duanemorris.com
jjohnson3@duanemorri...

*from*
Elinor Murarova  (8694)
Duane Morris LLP
190 S. LaSalle Street
Chicago, IL  60603
US
+1 312 499 6734
*billing*
LNR PARTNERS, LLC -
...TTERS-NORTH
POINTE BLDG (MEZZ)
(R1940-01495)
*operator*
Jackie  Johnson
312.499.0150
jjohnson3@duanemorris.com
*create time*
10/22/25, 1:16PM

*vendor*
FedEx
*tracking number*
394536929824
*service*
FedEx Standard
Overnight®
*packaging*
FedEx® Envelope
*courtesy quote*
21.57 USD

*Quote may not reflect all
accessory charges*



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD** on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

 

*package id*
0927420
*ship date*
Wed, Oct 22 2025
*to*
O'Halloran  Ryan PLLC
c/o Neil O'Halloran
275 MADISON AVE FL 36
NEW YORK, NY  10016-
1133
United States
999.999.9999
EHart@duanemorris.com
*residential address*
No
*return label*
No
*notification type*
Delivery
*notification recipients*
EHart@duanemorris.com
jjohnson3@duanemorri...

*from*
Elinor Murarova  (8694)
Duane Morris LLP
190 S. LaSalle Street
Chicago, IL  60603
US
+1 312 499 6734
*billing*
LNR PARTNERS, LLC -
...TTERS-NORTH
POINTE BLDG (MEZZ)
(R1940-01495)
*operator*
Jackie  Johnson
312.499.0150
jjohnson3@duanemorris.com
*create time*
10/22/25, 2:43PM

*vendor*
FedEx
*tracking number*
394541894067
*service*
FedEx Standard
Overnight®
*packaging*
FedEx® Envelope
*courtesy quote*
24.08 USD

*Quote may not reflect all
accessorial charges*